UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

KARA C. BABB, an individual,

                              Plaintiff,

    v.

ZINUS, INC.,

                              Defendant.

No. 2:24-cv-01109

**NOTICE OF REMOVAL TO
FEDERAL COURT**

**[CLERK'S ACTION REQUIRED]**

**[*King County Superior Court Case No.
24-2-14072-7 SEA*]**

TO:        Clerk, United States District Court for the Western District of Washington

AND TO:    Plaintiff Kara C. Babb, and her attorneys of record.

        PLEASE TAKE NOTICE that Zinus, Inc. ("Zinus"), by and through its undersigned counsel, hereby removes Case No. 24-2-14072-7 SEA, filed in the Superior Court for the State of Washington for the County of King, to the United States District Court for the Western District of Washington (Seattle Division), pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446.  In support of this removal, Zinus states as follows:

NOTICE OF REMOVAL TO FEDERAL COURT  - 1

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON  98104-1158**
**TELEPHONE:  +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

## I.    STATE COURT ACTION

1.    On or around June 24, 2024, Plaintiff Kara C. Babb ("Plaintiff") filed a Summons and Complaint captioned *Kara C. Babb v. Zinus, Inc.*, in the Superior Court of the State of Washington for the County of King (the "State Court Action").

2.    On June 25, 2024, Zinus was first served with the Summons and Complaint in the State Court Action. *See* Exhibit A.

3.    In the Complaint, Plaintiff asserts causes of action for the following: (1) state law causes of action for gender discrimination and retaliation under the Washington Law Against Discrimination ("**WLAD**") (Compl. ¶¶ 16-24); and (2) federal law causes of action for gender discrimination and retaliation under Title VII of the 1964 Civil Rights Act, codified in 42 U.S.C. § 2000e ("**Title VII**") (Compl. ¶¶ 25-31).

## II.    FEDERAL QUESTION JURISDICTION

4.    The State Court Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331 (federal question), and is one which may be removed to this Court by Zinus pursuant to the provisions of 28 U.S.C. §1441(a) and (b) in that it involves a claim or right arising under the laws of the United States, specifically Title VII.

5.    Plaintiff was hired as an employee by Zinus in October 2023 as a "Managing Director, General Manager – Amazon." (Compl. ¶ 1). Plaintiff asserts her employment was terminated as a result of gender discrimination and in retaliation for reporting gender discrimination. (Compl. ¶¶ 17-22, 27). Plaintiff asserts this discrimination and retaliation was in violation of both the WLAD and Title VII.  (Compl. ¶¶ 23, 28-29).

6.    This Court has subject matter jurisdiction where the action "aris[es] under the Constitution, laws, or treaties of the United States."  28 U.S.C. § 1331. To determine whether an action arises under federal law, courts apply the "well-pleaded complaint" rule, which states that a claim arises under federal law where "a federal question is presented on the face of the plaintiff's

NOTICE OF REMOVAL TO FEDERAL COURT  - 2

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON  98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

properly pleaded complaint." *Rivet v. Regions Bank of La.,* 522 U.S. 470, 475 (1998); *Caterpillar Inc. v. Williams*, 382 U.S. 386, 392 (1987).

7.    Here, the State Court Action arises under the laws of the United States because Plaintiff asserts a claim for violation of Title VII.  Jurisdiction over Title VII actions lies in federal court. *See Valenzuela v. Kraft, Inc.*, 739 F.2d 434, 435 (9th Cir. 1984) ("federal courts possess exclusive jurisdiction over Title VII actions").

### III.    SUPPLEMENTAL JURISDICTION

8.    If any claim satisfies the requirement for removal on federal-question grounds, then any other purely state claims in the same complaint may also be determined by the federal court under its supplemental jurisdiction. 28 U.S.C. 1441(c); *see Espinoza v. City of Seattle*, No. C17-1709JLR, 2019 WL 5079950 (W.D. Wash. Oct. 9, 2019) (finding the court had supplemental jurisdiction over plaintiff's WLAD claim because it had original jurisdiction over six federal discrimination claims also alleged). Here, because Plaintiff's claims for discrimination and retaliation under Title VII satisfy the requirements for federal question jurisdiction, this Court has supplemental jurisdiction over Plaintiff's causes of action for discrimination and retaliation under the WLAD, RCW 49.60.180.

9.    The Court has supplemental jurisdiction over "all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367. The facts alleged in support of Plaintiff's Title VII causes of action are exactly the same as those alleged in support of her claims under the WLAD and arise from the same nucleus of facts. *See* Compl. ¶¶ 16-31. As such, this Court has supplemental jurisdiction over both state-law claims. *See* Complaint; *see also United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 725 (1966).

NOTICE OF REMOVAL TO FEDERAL COURT  - 3

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON  98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

## IV.    PROCEDURAL REQUIREMENTS

10.    Removal is timely. Pursuant to 28 U.S.C. § 1446(b) and Rule 6(a) of the Federal Rules of Civil Procedure, this Notice of Removal is timely since it is filed within thirty (30) days of Defendant first being served with the Complaint.

11.    Removal to this Court is proper. Removal is properly made to the United States District Court for the Western District of Washington under 28 U.S.C. § 1441(a), because the Superior Court of the State of Washington, County of King, where the State Court Action is currently pending, is within the Western District of Washington. Venue is thus proper in this district pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 128(a).

12.    Signature. This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. *See* 28 U.S.C. § 1446(a).

13.    Pleadings and Process: A true and correct copy of the Complaint, served on Zinus in the State Court Action, is attached hereto as Exhibit A. *See* 28 U.S.C. § 1446(a) and Local Civil Rule 101(b).

14.    Complete Record of State Court Action: A copy of the complete record of the State Court Action is attached to the Verification of State Court Records, which is being filed concurrently with this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and Local Civil Rule 101(c).

15.    Notice: Zinus will promptly serve Plaintiff, and file with this Court, its Notice to Plaintiff of Removal to Federal Court, informing Plaintiff that this matter has been removed to federal court. 28 U.S.C. §§ 1446(a), (d). Zinus will also promptly file with the Clerk of the Superior Court of the State of Washington for the County of King, and serve on Plaintiff, a Notice of Removal to Federal Court pursuant to 28 U.S.C. § 1446(d). Zinus attaches as Exhibit B to this Notice a copy of the notice to be filed with the state court (without the notice's attachments).

NOTICE OF REMOVAL TO FEDERAL COURT  - 4

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON  98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

WHEREFORE, Zinus respectfully requests removal of this action from the Superior Court of the State of Washington, County of King, to the United States District Court for the Western District of Washington.

DATED July 24, 2024

K&L GATES LLP

By:  *s/ Patrick M. Madden*
By:  *s/ Jessica S. Kang*
By:  *s/ Michael W. Meredith*
Patrick M. Madden, WSBA # 21356
Jessica S. Kang, WSBA # 44980
Michael W. Meredith, WSBA #45264
925 Fourth Avenue, Suite 2900
Seattle, Washington  98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022
Email: patrick.madden@klgates.com
       jess.kang@klgates.com
       michael.meredith@klgates.com

Attorneys for Defendant

NOTICE OF REMOVAL TO FEDERAL COURT  - 5

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON  98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 24, 2024, I caused the foregoing document to be served on the parties listed below in the manner indicated:

| Alex J. Higgins, WSBA # 20868<br>LAW OFFICES OF ALEX J. HIGGINS<br>Denny Building, Suite 500<br>2200 Sixth Avenue<br>Seattle, WA 98121<br>Telephone: (206) 340-4856 | ☐ Via U.S. 1st Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Delivery<br>☐ Via Facsimile<br>☑ Via Email<br>☑ E-Service |
|---|---|

DATED July 24, 2024, at Seattle, Washington.

By: *s/ Abigail D. Belscher*
Abigail D. Belscher, Practice Assistant
Abigail.Belscher@klgates.com

NOTICE OF REMOVAL TO FEDERAL COURT - 6

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON 98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**